UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONFIGURE PARTNERS LLC, and CONFIGURE PARTNERS SECURITIES LLC,<br><br>        Plaintiffs,<br><br>      v.<br><br>RACI HOLDINGS LLC, and PNC CAPITAL FINANCE LLC,<br><br>        Defendants. | No. 22-cv-8631 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  The telephonic initial pretrial conference scheduled for today, December 9, 2022, at 1:00 p.m. is hereby adjourned until later today, at 4:15 p.m.  Call-In Number: (888) 363-4749; Access Code: 1015508#.

SO ORDERED.

Dated:  December 9, 2022
      New York, New York

                   Hon. Ronnie Abrams
                   United States District Judge