```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/15/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CONFIGURE PARTNERS LLC, and
CONFIGURE PARTNERS SECURITIES
LLC,

                        Plaintiffs,

            v.

RACI HOLDINGS LLC, and PNC
CAPITAL FINANCE LLC,

                        Defendants.

No. 22-cv-8631 (RA)

<u>ORDER OF REFERENCE</u>

---

RONNIE ABRAMS, United States District Judge:

    This action is referred to Magistrate Judge Willis for the following purpose:

| | | | |
|---|---|---|---|
| **X** | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| **X** | Specific Non-Dispositive Motion/Dispute:<br><br>**Motion to Stay Discovery** | | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose: |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | | Habeas Corpus |
| | Settlement | | Social Security |
| | Inquest After Default/Damages Hearing | | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motion: |

SO ORDERED.

Dated:    February 15, 2023
               New York, New York

                                                                     Hon. Ronnie Abrams
                                                                   United States District Judge