UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONFIGURE PARTNERS LLC, and CONFIGURE PARTNERS SECURITIES LLC,<br><br>                  Plaintiffs,<br><br>                  v.<br><br>RACI HOLDINGS LLC, and PNC CAPITAL FINANCE LLC,<br><br>                  Defendants. | No. 22-cv-8631 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

It has been reported to the Court that the parties have reached a settlement in principle. Accordingly, it is hereby:

ORDERED that the above-captioned action is stayed, and all pending deadlines are adjourned *sine die*. Should the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015).

SO ORDERED.

Dated:     June 14, 2023
             New York, New York

                                                          Hon. Ronnie Abrams
                                                          United States District Judge